IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASTLE MORTGAGE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> THE BANK OF NEW YORK MELLON TURST COMPANY NATIONAL ASSOCIATION, <br><br> Defendant. | § § § § § § § § § § § § § § No. 3:21-cv-3172-M-BN |

**ORDER ADMINISTRATIVELY CLOSING CASE**

Both parties have advised the Court that Lawrence P. Pitts has filed for bankruptcy protection in Cause No. 21-41749 in the Eastern District of Texas and that this matter is part of that bankruptcy as an adversary proceeding. *See* Dkt. Nos. 4 & 6.

The Court determines, under the circumstances, that it is appropriate to administratively close this case at this time. Any case over three years old is considered an "old" case by the Administrative Office and is put on a national report. The age of a case continues to accrue unless it is administratively closed, which tolls the time with the case's age.

The Court administratively closes this case and instructs the Clerk of the Court to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case.

-1-

The parties are directed to file a joint status report every 90 days, beginning on **April 20, 2022**, to advise the Court of the progress and status of this matter in the bankruptcy proceedings.

And the Court VACATES the deadlines set by the December 21, 2021 Order Requiring Scheduling Conference and Report for Contents of Scheduling Order [Dkt. No. 5].

SO ORDERED.

DATED: January 10, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE