IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTLE MORTGAGE COMPANY, INC., | § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | No. 3:21-cv-3172-M-BN |
| V. | | |
| | | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR RESIDEDNTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2005-RP2 C/O PHH MORTGAGE CORPORATION, | | |
| Defendants. | | |

**MEMORANDUM OPINION AND ORDER**

This case has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from Chief Judge Barbara M. G. Lynn. *See* Dkt. No. 6.

Pending before the Court is an Unopposed Motion to Reinstate Case on Active Docket, *see* Dkt. No. 9, filed by Defendant the Bank of New York Mellon Trust Company, National Association FKA the Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass Through Certificates Series

2005-RP2 c/o PHH Mortgage Corporation.

The Court, having considered the Motion and the evidence presented, finds that the Motion should be GRANTED. Accordingly,

It is ORDERED this case be reinstated to the Court's active docket.

DATED: April 12, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE