IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTLE MORTGAGE COMPANY, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| V. | § § | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, fka The Bank of New York Trust Company, N.A., as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RP2 c/o PHH Mortgage Corporation, | § § § § § § § § § § § § § | No. 3:21-cv-3172-M-BN |
| Defendant/Counter-Plaintiff. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Amended Findings, Conclusions, and a Recommendation in this case on December 12, 2022. *See* Dkt. No. 28. No objections were filed. The District Court reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 6th day of February, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE