IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTLE MORTGAGE COMPANY, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| V. | § § | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, fka The Bank of New York Trust Company, N.A., as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RP2 c/o PHH Mortgage Corporation, | § § § § § § § § § § § § | No. 3:21-cv-3172-M-BN |
| Defendant/Counter-Plaintiff. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. Defendant The Bank of New York Mellon Trust Company, National Association, fka The Bank of New York Trust Company, N.A., as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RP2 c/o PHH Mortgage Corporation's Motion for Summary Judgment [Dkt. No. 16] is GRANTED.

2. Defendant is authorized to foreclose its lien on the property that secured the note indebtedness, to wit:

> LOT 11, BLOCK 1, OF COUNTRY CLUB PARK ESTATES, NO. 2, AN ADDITION TO THE CITY OF GARLAND, DALLAS COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 77131, PAGE 22, OF THE MAP RECORDS OF DALLAS COUNTY, TEXAS

and which has the address of 2714 Country Valley Road, Garland, Texas 75043, pursuant to the note, the security instrument, and Texas Property Code § 51.002. Defendant is entitled to apply the proceeds from the sale of the property against not only principal and accrued, unpaid interest, but also against the attorneys' fees, in an amount to be determined by the Court post-judgment, and costs of court.

3. Costs of court, recoverable under Federal Rule of Civil Procedure 54(d)(1), shall be taxed against Plaintiff Castle Mortgage Company, Inc.

4. The case is DISMISSED with prejudice.

5. The Clerk shall transmit to the parties a true copy of this Judgment, of the Court's Order Accepting the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and of the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 12, 2022.

SIGNED this 6th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE