IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASTLE MORTGAGE COMPANY, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| V. | § § | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, fka The Bank of New York Trust Company, N.A., as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2005-RP2 c/o PHH Mortgage Corporation, | § § § § § § § § § § § § | No. 3:21-cv-3172-M-BN |
| Defendant/Counter-Plaintiff. | § | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Attorney Fees [Dkt. No. 33] is GRANTED to the extent that Defendant is awarded $20,121.50 in attorneys' fees.

SO ORDERED.

SIGNED this 1st of August, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE